JOHN W. TRUESDELL, as Administrator of the Estate of JOHN FITZGERALD, Deceased, Appellant, *v.* HANNIE L. BOURKE, Respondent.

*Truesdell* v. *Bourke*, 149 App. Div. 928, affirmed.
(Argued May 21, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered February 10, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action under section 1843 of the Code of Civil Procedure, by a judgment creditor of a decedent, to recover the amount of his judgment from a devisee and to charge the real property devised to her with its payment.

*William Kennedy* for appellant.

*William G. Tracy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.